HEATHER E. WILLIAMS, #122664
Federal Defender
Noa E. Oren, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
noa_oren@fd.org

Attorney for Defendant
ANTOINE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00110-DC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) ) |  |
| ANTOINE DAVIS, | ) ) | Date: June 13, 2025 Time: 9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Dena Coggins |

      IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney through Justin Lee, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for Antoine Davis, that the status conference currently set for June 13, 2025, be continued to **August 8, 2025**, and that the Court exclude time between June 13, 2025, and August 8, 2025, under the Speedy Trial Act pursuant to Local Code T4.

      Defense counsel desires additional time to consult with her client, to evaluate potential defenses, and to otherwise prepare for trial. Mr. Davis is currently scheduled for a status conference in front of the Hon. Judge Coggins on August 8, 2025 in a second case and it would benefit the parties to have the status conference occur on the same date. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 8, 2025, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [Local Code T4] based upon continuity of counsel and defense preparation.

Dated:  June 9, 2025
HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
ANTOINE DAVIS

Dated:  June 9, 2025
MICHELE BECKWITH
Acting United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for June 13, 2025, at 9:30 a.m. is VACATED and RESET for August 8, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between June 13, 2025 and August 8, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(i) and (iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 9, 2025**

Dena Coggins
United States District Judge