HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
ANTOINE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00077-DC and 2:25-cr-00110-DC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND SET PSR SCHEDULE |
| ANTOINE DAVIS, | DATE:   April 10, 2026 |
| Defendant. | TIME:   9:30 a.m. |
| | JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the current sentencing hearing scheduled for April 10, 2026, at 9:30 a.m. be vacated and set for judgment and sentencing on **May 8, 2026, at 9:30 a.m.** Defense counsel needs to continue to conduct mitigation. The Draft Presentence Report was disclosed on January 6, 2026. The probation office does not object to these dates.

It is therefore requested that the PSR schedule be set, as follows:

Formal Objections to Presentence Report Due:          April 24, 2026

Reply or Statement of Non-Opposition Due:          April 30, 2026 at noon

Judgment and Sentencing:          May 8, 2026

////

////

DAVIS: Stipulation and [Proposed]                    -1-
Order to Continue Sentencing and Modify PSR Schedule

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 26, 2026              */s/ Noa Oren*
                                   NOA OREN
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   ANTOINE DAVIS


ERIC GRANT
United States Attorney

DATED: March 26, 2026              */s/ Justin Lee*
                                   JUSTIN LEE
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DAVIS: Stipulation and [Proposed]                -2-
Order to Continue Sentencing and Modify PSR Schedule

**O R D E R**

The court, having received, read and considered the parties' stipulation filed on March 26, 2026, and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for April 10, 2026, is VACATED and RESET for May 8, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' Formal Objections or any Motion for Correction shall be submitted no later than April 24, 2026; and Reply, or Statement of Non-Opposition or any other briefing the parties want the court to consider shall be submitted no later than April 30, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **March 26, 2026**

_____
Dena Coggins
United States District Judge

DAVIS: Stipulation and [Proposed]                    -3-
Order to Continue Sentencing and Modify PSR Schedule